UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

COMERICA BANK,

    Plaintiff,

Case No. 18-cv-10308
Hon. Matthew F. Leitman

v.

MICHAEL CHRISTOPHER
JONES, et al.,

    Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: May 22, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2018, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764